FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER OF NEW CONNECTICUT BANK AND TRUST COMPANY, N.A. *v.* STEPHEN H. SCHOENBERGER ET AL.
(15707)
(15708)

Foti, Landau and Heiman, Js.

Argued January 14—officially released January 28, 1997

Per Curiam. The judgment is affirmed.

BETTY MACK *v.* FAIR MOTORS CORPORATION
(15925)

O'Connell, Hennessy and Stoughton, Js.

Argued January 13—officially released January 28, 1997

Per Curiam. The judgment is affirmed.

DOUGLAS LARSON *v.* HAMMONASSETT FISHING ASSOCIATION, INC.
(15830)

O'Connell, Heiman and Schaller, Js.

Argued January 13—officially released January 28, 1997

Per Curiam. The judgment is affirmed.